IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, et al. | ) ) ) | CASE NO. 1:05CV0194 |
| Plaintiff, | ) ) ) | |
| | ) | JUDGE GAUGHAN |
| CHRIS'S CAFÉ, INC. | ) ) ) | |
| Defendant | ) ) ) ) ) | JOINT MOTION TO APPROVE AND ENTER CONSENT DECREE |

Granted.
/s/ Patricia A. Gaughan
3/30/06

The undersigned parties to this action jointly move this Court to approve and enter the attached Consent Decree. In support of this Motion, the parties jointly represent to this Court as follows:

1. The parties are desirous of resolving this controversy without the burden, expense and delay of further litigation;

2. The Court has jurisdiction of the subject matter of this action and of the parties thereto;

3. The parties waive notice, hearing, objection, findings of fact, conclusions of law and right of appeal with regard to the Commission's enforcement action;

4. The policies of Title VII of the Civil Rights Act of 1964, as amended, will be effectuated by entry of the attached Consent Decree;

5. The attached Consent Decree is intended to and does resolve all matters in controversy between the parties;

6. The terms of the attached Consent Decree constitute a fair and equitable settlement of this Action, and the parties hereto agree to be bound thereby.

        Respectfully submitted,

        JAMES L. LEE
        GENERAL COUNSEL

        GWENDOLYN YOUNG REAMS
        DEPUTY GENERAL COUNSEL

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        1801 L Street N.W.
        Washington, D.C.   20507

        /s/ C. Larry Watson
        C. Larry Watson [0031443]
        Associate Regional Attorney


        /s/ Donna L. William-Alexander
        Donna L. Williams-Alexander [0037838]
        Trial Attorney
        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION
        CLEVELAND DISTRICT OFFICE
        Anthony J. Celebrezze Federal Building
        1240 East Ninth Street, Suite 3001
        Cleveland, Ohio   44113-1454
        (216)522-7454
        (216)522-7430 fax
        Donna.Williams-Alexander@eeoc.gov

        /s/ Dennis J. Niermann
        Dennis J. Niermann [0007988]
        4070 Mayfield Road
        Cleveland, Ohio 44121-3031
        (216) 297-1040
        (216) 291-9622 fax
        niermann@en.com

        Counsel for Defendant Chris's Café, Inc.

          Brian J. Halligan [0024113]
          Halligan & Associates
          930 Claremont Avenue
          P.O. Box   455
          Ashland, Ohio 44805
          (419) 289-2555
          (419) 281-7878 fax
          bhalligan@halliganandassociates.com
          Counsel for Defendant Chris's Café, Inc.